THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HOWARD W. BURT, Appellant.

*People* v. *Burt*, 51 App. Div. 106, affirmed.
(Argued January 17, 1902; decided February 11, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered June 30, 1900, affirming a judgment of the Trial Term rendered upon a verdict convicting the defendant of the crime of murder in the second degree.

*Charles A. Kellogg* for appellant.

*George W. Hurlbut, District Attorney (Ledyard P. Hale* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT and MARTIN, JJ. Not voting: VANN, J.